UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No: 1:14-CR-79 |
| v. ) | |
| ) | |
| STEVEN ANDREW WHITT ) | Judge Curtis L. Collier |
| ) | |

# ORDER

On August 19, 2014, Defendant moved for a psychiatric examination (Court File No. 11). United States Magistrate Judge William B. Mitchell Carter granted Defendant's motion and ordered a mental health evaluation (Court File No. 14). The findings of the forensic report show that Defendant is currently competent to stand trial (Court File No. 19). The Magistrate Judge notes that Defendant has waived his right to a competency hearing (Court File No. 22).

Based upon this information, the Magistrate Judge submitted a Report and Recommendation ("R&R"), recommending this Court find Defendant competent to stand trial (Court File No. 22). Neither party filed an objection. Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's R&R (Court File No. 22), pursuant to 28 U.S.C. § 636(b)(1), and **DETERMINES** Defendant is competent to stand trial.

    **SO ORDERED.**

    **ENTER.**

    /s/_____
    **CURTIS L. COLLIER**
    **UNITED STATES DISTRICT JUDGE**

1